THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ABRAHAM SAMUELS, Respondent.

Argued March 6, 1944; decided April 13, 1944.

*Thomas Cradock Hughes, Acting District Attorney (William I. Siegel* and *Henry J. Walsh* of counsel), for appellant.

*Albert Washor* for respondent.

Order affirmed. See *People* v. *Bellows* (281 N. Y. 67, 73). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.